THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

CASE NO: 10-0316CR-W-MJW

UNITED STATES OF AMERICA }
}
v. } Motion to Dismiss
}
Defendant James W. Strawn }

1. James W. Strawn was charged with one violation of 21 USC § 844 for possession of two tablets of Oxycodone. The tablets were the property of Mr. Strawn's live in girlfriend, Ms. Cynthia Baker, and were located in their prescription bottle which was found in Mr. Strawn's vehicle.

2. The Government wishes to dismiss these charges with prejudice.

3. Please accept this as a formal request for dismissal for the above cited case.

7 Dec 10
DATE

KEVIN G. NORMILE
Special Assistant U.S. Attorney
509 Bomb Wing
Whiteman AFB, MO 65305

Order

Pursuant to the motion of the government, the above styled case is hereby dismissed.

12-8-2010
DATE

MATT J. WHITWORTH
U.S. Magistrate Judge